# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:08-CR-00027-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| OSCAR HERNANDEZ, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se motions for copies of case files (Doc. No. 282), the discovery master sheet, and lab reports (Doc. Nos. 284, 286) in anticipation of Defendant filing of a motion to vacate pursuant to 28 U.S.C. § 2255.

Subsequent to the filing of these motions, Defendant filed his motion to vacate (Doc. No. 301). This Court previously denied and dismissed Defendant's motion (Doc. No. 302: Order denying and dismissing 301 Motion to Vacate (2255)). The Court of Appeals dismissed Defendant's appeal (Doc.No. 313).

**IT IS THEREFORE ORDERED** that Defendant's motions to compel production (Doc. Nos. 282, 284, 286) are **DENIED AS MOOT.**

Signed: July 14, 2021

Kenneth D. Bell
United States District Judge